UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

PATRICK GRANIUS,

    Plaintiff,

v.                                       Case No. 18-C-647

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

    Defendant.

## ORDER

This case is before the court for judicial review of a decision by the Commissioner of Social Security. In a briefing letter transmitted to the parties on June 22, 2018, the Commissioner was directed to file her initial brief by November 9, 2018. To date, the Commissioner has failed to file this brief. The Commissioner is therefore directed to file her brief or show cause for her failure to do so on or before November 29, 2018.

**SO ORDERED** this __15th__ day of November, 2018.

                                                    s/ William C. Griesbach
                                                    William C. Griesbach, Chief Judge
                                                    United States District Court